# Minutes of the United States District Court
## Southern District of California
## July 8, 2008

HON. WILLIAM MCCURINE, JR. DEPUTY CLERK: ROI-ANN BRESSI

---

08MJ1952 U.S.A. VS SARA SIERRA (2)(B)(ENG)
VERENICE SIERRA-GARCIA (3)(C)(SPA)

MOTION HEARING

STEPHEN DEMIK, FD, APPTD (2)
KENNETH R. McMULLEN, APPTD (3) - N/A

AUSA: HAROLD CHUN

---

TAPE#WMC08-14:24-14:29

STEPHEN DEMIK, FD S/A FOR KENNETH McMULLEN

GOVT'S ORAL MOTION TO DISMISS COMPLAINT AS TO SARA SIERRA
AND VERENICE SIERRA-GARCIA - GRANTED
COURT ORDERS CASE DISMISSED
ABSTRACTS ISSUED TO USM

2 MIN